[pic]

 NUMBER 13-14-00099-CV

 COURT OF APPEALS

 THIRTEENTH DISTRICT OF TEXAS

 CORPUS CHRISTI - EDINBURG
____________________________________________________

O.F. Jones III, Individually, d/b/a
Law Office of O.F. Jones III, Appellant,

 v.

Richard Whatley, Appellee.
 ____________________________________________________

 On appeal from the 267th District Court
 of Calhoun County, Texas.
____________________________________________________

 ORDER REFERRING CASE TO MEDIATION

 The Court has determined that this case should be referred to mediation prior to briefing.
Tex. Civ. Prac. & Rem. Code Ann. §§154.001-.073 (Vernon 2005). Accordingly, it is ORDERED that this
case be mediated under the following terms and conditions:

 1. The parties must promptly agree upon a mediator and, within seven days of this Order,
 notify the Court in writing of the name and address of the mediator selected. If the parties
 are unable to agree upon a mediator, they must so notify the Court within the seven day period
 and the Court will appoint a mediator.

 2. All parties must confer with their mediator within seven days of the date of this Order, or
 in the case of a court appointed mediator, within seven days of the appointment of the
 mediator, to establish a date and place for the mediation. The parties shall agree on a date
 for the mediation that is consistent with the mediator’s schedule and is no later than six
 weeks after the date of this Order. In the event the parties cannot agree on a date, the
 mediator shall select and set a date. The mediator shall notify the Court of the date selected
 for the mediation.

 3. In the discretion of the mediator, each party may be required to provide a confidential
 memorandum and/or information sheet setting forth the issues of the case and their positions on
 these issues. Additionally, upon request of the mediator, the parties shall produce all
 information the mediator deems necessary to understand the issues of the case. The memorandum
 and/or information sheet and other information produced to the mediator will not be made a part
 of the file in this case and will be destroyed by the mediator at the conclusion of the
 mediation proceeding.

 4. All parties to this matter or their authorized representatives, accompanied by their
 counsel, must appear and attend the mediation proceeding.

 5. Mediation is a mandatory, non-binding settlement conference conducted with the assistance
 of a mediator. The mediation proceeding will be confidential within the meaning of the Texas
 Civil Practice and Remedies Code sections 154.053 and 154.073. See Tex. Civ. Prac. & Rem. Code
 Ann. §§154.053-.073 (West 2011).

 6. Unless otherwise agreed, the mediation proceeding will not be recorded.

 7. The mediator will negotiate a reasonable fee with the parties. The mediator’s fee will be
 borne equally by the parties unless otherwise agreed by the parties, and will be paid directly
 to the mediator. If the parties do not agree upon the fee requested by the mediator, the Court
 will set a reasonable fee, which shall be taxed as costs. Tex. Civ. Prac. & Rem. Code Ann.
 §154.054 (West 2011).

 8. Within two days after the conclusion of the mediation, the mediator shall certify to this
 Court as follows: (a) whether the parties appeared as ordered, (b) whether the case settled,
 and (c) whether the mediation fees were paid in accordance with the Court’s order or as
 otherwise agreed by the parties.

 9. If mediation fully resolves the issues in this case, the parties must file a joint or
 agreed motion seeking dispositive relief, within seven days of the conclusion of the mediation.
 If the parties need more time to effectuate the terms of the settlement agreement, they must
 within seven days of the conclusion of mediation, file a joint or agreed motion for an
 extension of time to file their disposition motion.

 It is FURTHER ORDERED that this appeal will be stayed until the completion of the mediation.

 WITNESS the Honorable Rogelio Valdez, Chief Justice of the Court of Appeals, 13th Court of
Appeals District, at Corpus Christi - Edinburg, Texas.

 GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at my office this 14th day of March, 2014.

 DORIAN E. RAMIREZ, CLERK
 Thirteenth Court of Appeals